**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

JOHN DOE,

Plaintiff,

-against-

PROVIDENT LIFE AND CASUALTY INSURANCE COMPANY,

Defendant.

---------------------------------------------------------------X

**26-CV-6320 (DEH) (VF)**

**ORDER SCHEDULING SETTLEMENT CONFERENCE**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

A settlement conference in this matter is scheduled for **Monday, January 25, 2027, at 10:00 a.m.**, in Courtroom 17-A, United States Courthouse, 500 Pearl Street, New York, New York. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to prepare pre-conference submissions in accordance with the Judge Figueredo's Standing Order Applicable to Settlement Conferences (located at https://www.nysd.uscourts.gov/hon-valerie-figueredo). Pre-conference submissions must be received by the Court no later than **Monday, January 18, 2027**.

**SO ORDERED.**

DATED: New York, New York
November 17, 2026

VALERIE FIGUEREDO
United States Magistrate Judge